# EXHIBIT A

| DISP# | PATIENT INITALS | CARRIER | DATE WON | PROVIDER | AMOUNT | PAID |
|---|---|---|---|---|---|---|
| DISP-103687 | G.Z. | GHI | 12/8/2022 | DADASHEV | $90,000.00 | |
| DISP-107053 | D.E. | GHI | 12/15/2022 | GEORGE | $95,000.00 | |
| DISP-163500 | T.N. | GHI | 1/31/2022 | DADASHEV | $50,000.00 | |
| DISP-157061 | J.H. | GHI | 2/9/2023 | GEORGE | $54,000.00 | |
| DISP-163948 | O.M. | GHI | 2/14/2023 | SHAH | $69,000.00 | |
| DISP-181302 | D.E. | GHI | 2/27/2023 | GEORGE | $40,300.00 | |
| DISP-181284 | D.E. | GHI | 3/1/2023 | GEORGE | $42,160.00 | |
| DISP-86818 | G. M. | HIP | 11/21/2022 | SNYDER | $13,282.00 | |