AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

NEUROLOGICAL SURGERY PRACTICE OF LONG ISLAND, PLLC

*Plaintiff(s)*

v.

EMBLEMHEALTH, INC., GROUP HEALTH INCORPORATED, and HEALTH INSURANCE PLAN OF GREATER NEW YORK,

*Defendant(s)*

Civil Action No. 1:23-cv-3029

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

EMBLEMHEALTH, INC
55 Water Street
New York, New York 10041

GROUP HEALTH INCORPORATED
55 Water Street
New York, New York

HEALTH INSURANCE PLAN OF GREATER NEW YORK
55 Water Street
New York, New York

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: April 21, 2023

*Signature of Clerk or Deputy Clerk*